UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
Gilberto Vargas
_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

New York City,
NYPD #60TH Pct
Officer # 942139 officer Jhon Doe #1
Officer # 2662 officer Jhon Doe #2
Officer # 932207

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

**15 CV 6711**

**COMPLAINT**

Jury Trial:  ☒ Yes    ☐ No
                 (check one)

2015 AUG 24 P 3: 46 RECEIVED PRO SE OFFICE

### I. Parties in this complaint:

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name Gilberto Vargas
             Street Address 161 Bush street, Apt 5B
             County, City Kings Brooklyn NY
             State & Zip Code N.Y. 11231
             Telephone Number (718) 669-3188

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name NYPD 60TH Pct
                   Street Address West 8th street

Rev. 05/2010

County, City _King Brooklyn_
State & Zip Code _NY 11224_
Telephone Number _____

Defendant No. 2   Name _Officer # 2662_
Street Address _at 60th Pct on West 8th street_
County, City _Kings Brooklyn_
State & Zip Code _NY 11224_
Telephone Number _____

Defendant No. 3   Name _Officer # 932207_
Street Address _60th Pct West 8th street_
County, City _Kings Brooklyn_
State & Zip Code _NY 11224_
Telephone Number _____

Defendant No. 4   Name _Officer # 942139_
Street Address _60th Pct West 8th street_
County, City _Kings Brooklyn_
State & Zip Code _NY 11224_
Telephone Number _____

**II.   Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions       ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____
Defendant(s) state(s) of citizenship _____

**III.   Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? at the 60th Pct and at NYC Brooklyn Central Bookings

B. What date and approximate time did the events giving rise to your claim(s) occur? On 7/24/2015 at or around 7:30 pm

C. Facts: [What happened to you?] I was denied medical attenion for my diabetes at the 60th Pct by the officers on 7/24/2015 at 7:30pm until I was Booked at Central Bookings at Kings County

[Who did what?] the officers denied me medical attenion until the officers was informed by the EMS worker at Cental Booking to take me to the Hospital so after about two hours

[Was anyone else involved?] officer #2662 and officer Jhon Doe took me to Bellevue Hospital from Brooklyn to manhatten just for medical help.

[Who else saw what happened?]

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I am a diabetic and now I have severe pain in my kidney area with persistent vomiting and excessive diarrhea, heavy bleeding and seizures

*Rev. 05/2010*

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _I would like for the officers and the city to learn how to care for people with diabetes and monetary compensation in the amount of $20,000,000.00_

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _20_ day of _August_, 20_15_.

Signature of Plaintiff _Gilberto Vargas_

Mailing Address _Gilberto Vargas_
_161 Bush Street Apt 5B_
_Brooklyn NY 11231_

Telephone Number _(718) 669-3188_

Fax Number _(if you have one)_ _____

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

*Rev. 05/2010*



Gilberto Vargas
161 Bush Street Apt 5B
Brooklyn NY 11231

To: Pro Se Office
500 Pearl Street
New York, N.Y. 10007

NEW YORK NY
21 AUG 2015 PM 12 L

RECEIVED
SDNY PRO SE OFFICE
2015 AUG 24 P 3 46