UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
GILBERTO VARGAS,                                                                O R D E R

                                     Plaintiff(s)                              15 CV 5040 (LDH)

       -against-

NEW YORK CITY, *et al.,*
                                   Defendant(s).
------------------------------------------------------------------------------X

      An initial conference in the above-captioned has been scheduled for ***March 3, 2017, at 12:30 p.m.,*** before the Honorable Robert M. Levy, United States Magistrate Judge at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York.  The parties are directed to check in with chambers, Room 1223-S, upon arrival and to confirm with each other in advance that all necessary participants are aware of this conference.  In the event an answer has not yet been filed, plaintiff is to notify defendant's counsel of this conference as soon as an answer is filed.  No adjournment requests will be considered unless made **in writing** and received at least forty-eight (48) hours before the scheduled conference.

      **THE PARTIES ARE REMINDED OF THE REQUIREMENTS OF THE AMENDMENTS TO RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE IT IS EXPECTED THAT: (1) THE MEETING REQUIRED BY THIS RULE WILL BE HELD AT LEAST 14 DAYS BEFORE THE CONFERENCE, (2) IF POSSIBLE THE MANDATORY DISCLOSURES REQUIRED BY THE RULE WILL BE MADE BEFORE THE CONFERENCE, AND (3) THE ATTACHED QUESTIONAIRE WILL BE PREPARED IN ADVANCE AND PRESENTED TO THE COURT AT THE TIME OF THE CONFERENCE.**

      The parties are advised that all parties in civil actions in this district, except parties appearing pro se, are now required to participate in Electronic Case Filing (ECF).  ECF enables both the court and litigants to file all case documents electronically, including pleadings, motions, correspondence and orders.  ECF is designed to be a user-friendly system which is easily understood.  A user's

manual is attached and is also available through the Clerk's Office, or at our website at http://www.nyed.uscourts.gov.  If needed, free training can be arranged for attorneys and their staff by contacting the Clerk's Office at any Eastern District courthouse.  All counsel of record will receive notice by e-mail every time a document is filed in this case via ECF.  For more information, please consult my individual rules, which are attached and are posted on the EDNY website.  To obtain permission to fax, please contact chambers at (718) 613-2340.

All counsel of record who have not yet registered for ECF must do so within two weeks.  For their convenience, the registration form is attached.  If there are other attorneys in the firm who will also be working on this case, such attorneys should promptly file a notice of appearance and register for ECF.  In *exceptional* circumstances, a represented party may be exempted from the ECF requirements, but only upon a written application to my chambers explaining in detail the serious hardships that compliance with ECF would entail.

**The pro se plaintiff is not subject to the rules regarding Electronic Case Filing (ECF) and is therefore directed to file all correspondence and other submissions by first class mail, with a copy to defendant's counsel.**

SO ORDERED.

DATED:   Brooklyn, New York
        January 18, 2017

                                    /s/
                            ROBERT M. LEVY
                            United States Magistrate Judge