UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

GILBERTO VARGAS,

                                            Plaintiff,

-against-

Detective EDDIE MARTINS, Shield No. 5731;
Detective BRIAN TURNER, Shield No. 2662;
Detective PAUL MARCONI, Shield No. 14831;
Detective JOHN RIVERA Shield No. 452;
Detective MIKE CIVIL, Shield No. 02114;
Detective HARUN MIAH, Shield No. 2133; and JOHN and JANE DOE 1through 10, individually and in their official capacities (the names John and Jane Doe being ficticious, as the true names are presently unknown),

                                            Defendants.
-----------------------------------------------------------------------X

**STIPULATION OF VOLUNTARY DISMISSAL AND WITHDRAWAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

15-CV-5040 (LDH)(RML)

        **IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between counsel for the parties herein, that any and all of the claims that were asserted or could have been asserted on behalf of the plaintiff Gilberto Vargas against defendant PAUL MARCONI, Shield No. 14831, in his individual and official capacity, arising out of the events alleged in the Complaint in this matter, <u>Vargas v. Detective Martins, et. al</u>, 15-CV-5040, are hereby dismissed and withdrawn, with prejudice, and without costs, expenses or attorney's fees to either party.

June ___, 2017

Harvis & Fett LLP
*Attorney for Plaintiff*

By: *Gabriel P. Harvis*
     Gabriel P. Harvis
     Harvis & Fett LLP
     305 Broadway 14th Floor
     New York, NY 10016
     Tel:  (212) 323-6880

ZACHARY W. CARTER
Corporation Counsel of the City of New York
*Attorney for Defendants*

By: *Kaitlin Fitzgibbon*  6/13/17
     Kaitlin Fitzgibbon
     Assistant Corporation Counsel
     Special Federal Litigation Division
     100 Church Street, Room 3-202
     New York, New York 10007
     Tel:  (212) 356-5057

SO ORDERED:

_____
HONORABLE LASHANN DEARCY HALL
United States District Judge