

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

KAITLIN FITZGIBBON
Assistant Corporation Counsel
Phone: (212) 356-5057
Fax: (212) 356-3559
Email: kfitzgib@law.nyc.gov

June 19, 2017

**BY E.C.F.**
Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   <u>Vargas v. Detective Martins, et al.</u>, 15-cv-5040 (LDH) (RML)

Your Honor:

I respectfully write on behalf of all parties to advise Your Honor that the above-referenced action has settled and as such we request that all conferences, including the settlement conference scheduled for July 11, 2017 at 10:30am, be cancelled. The Stipulation of Settlement and Order of Dismissal will be submitted to the Court as soon as it is executed with the settlement paperwork.

The parties thank the Court for its attention to this matter.

Respectfully submitted,

/s/
Kaitlin Fitzgibbon
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   Gabriel Harvis
HARVIS & FETT LLP
305 Broadway
14th Floor
New York, NY 10007