UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

GILBERTO VARGAS,

                                     Plaintiff,

-against-

Detective EDDIE MARTINS, Shield No. 5731;
Detective BRIAN TURNER, Shield No. 2662;
Detective PAUL MARCONI, Shield No. 14831;
Detective JOHN RIVERA Shield No. 452;
Detective MIKE CIVIL, Shield No. 02114;
Detective HARUN MIAH, Shield No. 2133; and
JOHN and JANE DOE 1through 10, individually and in their
official capacities (the names John and Jane Doe being
ficticious, as the true names are presently unknown),

                                       Defendants.

-------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

15 CV 5040 (LDH) (RML)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to

resolve the remaining issues raised in this litigation, without further proceedings and without

admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by

and between the undersigned, that

     1.     The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
June 19, 2017

HARVIS & FETT LLP
*Attorneys for Plaintiff*
305 Broadway, 14th Floor
New York, NY 10007

By: _____
Gabriel Harvis
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
    City of New York
*Attorney for Defendants Martins, Turner,*
    *Rivera, and Miah*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____ 6/19/2017
Kaitlin Fitzgibbon
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. LASHANN DEARCY HALL
UNITED STATES DISTRICT JUDGE

Dated: _____, 2017